# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Gloria Swanson | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 12 C 8290 |
| Baker & McKenzie, LLP, Nancy Offdenkamp, Patricia Griffin | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

X      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants Baker & McKenzie, LLP and Nancy Offdenkamp's motion to dismiss having been granted on March 14, 2013 and plaintiff having failed to file an amended complaint, this case is hereby dismissed with prejudice. On March 14, 2013, the Court also sue sponte dismissed the Complaint against Defendant Patricia Griffin for Plaintiff's failure to comply with Federal Rule of Civil Procedure 4(m).

Thomas G. Bruton, Clerk of Court

Date: 5/1/2013      _____
/s/ Katie Franc, Deputy Clerk